■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN F. INDIVERO, JR., Appellant. [610 NYS2d 918] —Case held, decision reserved and matter remitted to Onondaga County Court for further proceedings in accordance with the following Memorandum: Because the record does not establish whether defendant was present at the *Sandoval* conference, we reserve decision and remit the matter to Onondaga County Court for a reconstruction hearing to expand the record and to determine whether defendant was present *(see, People v Michalek,* 82 NY2d 807; *People v Odiat,* 82 NY2d 872; *People v Mitchell,* 189 AD2d 337, *lv dismissed sub nom. People v Walker,* 81 NY2d 1065). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Balio, Lawton, Doerr and Boehm, JJ.